AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____05 - 358_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

FILED
2005 JUN -3 PM 3:52
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__6/3/05__                     __[signature]__
(Date forms issued)            (Signature of Party or their Representative)

__Todd H. Hines Sr.__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action