IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES; FOURNIER INDUSTRIE ET SANTE; AND LABORATORIES FOURNIER S.A.,<br>      Defendants. | Civil Action No. |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc., hereby certify that:

1. Plaintiff Meijer, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer Companies, Ltd.;

2. Plaintiff Meijer Distribution, Inc. (a private non-governmental entity) is a privately held corporation, which is a wholly owned subsidiary of Meijer, Inc.

3. No publicly held corporation owns 10% or more of the stock of Meijer Inc. or Meijer Distribution, Inc.

1

Dated: June 3, 2005

Respectfully submitted,

*/s/ Jeffrey S. Goddess*

Jeffrey S. Goddess (Del. Bar No. 630)
**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
P.O. Box 1070
Wilmington, Delaware 19899-1070
Tel: 302-656-4433
Fax: 302-658-7657

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Linda P. Nussbaum
Sean K. McElligott
150 East 52nd Street, 30th Floor
New York, NY 10022-6017
Tel: (212) 838-7797
Fax: (212) 838-7745

Michael D. Hausfeld
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

Joseph M. Vanek
David P. Germaine
**DAAR & VANEK, P.C.**
225 W. Washington, 18th Floor
Chicago, IL 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

Paul E. Slater
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
*Attorneys for Plaintiffs*