IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 02-1512-KAJ (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, an Israeli corporation, | ) ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTE, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, </br></br>    Plaintiffs, </br></br>v. </br></br>IMPAX LABORATORIES, INC., a Delaware corporation, </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 03-120-KAJ </br>  (Consolidated) |

## **ORDER**

At Wilmington this **28th** day of **June, 2005,**

IT IS ORDERED that a Rule 16 status and scheduling conference shall be held on **July 27, 2005 at 4:30 p.m.**, in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this notice to counsel in the following cases: *Louisiana Wholesale Drug Company, Inc. v. Abbott Laboratories, et al.*, C.A. No. 05-340-KAJ; *Rochester Drug Co-Operative Inc. v. Abbott Laboratories, et al.*, C.A. No. 05-351-KAJ; C.A. *Meijer Inc., et al. v. Abbott Laboratories, et al.*, No. 05-358-KAJ; *Painters District Council No. 30 Health & Welfare Fund, et al. v. Abbott Laboratories, et al.*, C.A. No. 05-360-KAJ; *Vista Healthplan Inc., et al. v. Abbott Laboratories, et al.*, C.A. No. 05-365-KAJ; *Pennsylvania Employees Benefit Trust Fund v. Abbot Laboratories, et al.*, C.A. No. 05-390-KAJ; *Allied Services Division Welfare Fund, et al. v. Abbott Laboratories, et al.*, C.A. No. 05-394-KAJ; and

*Walgreen Co., et al. v. Abbott Laboratories, et al.*, C.A. No. 05-404-KAJ.  Any interested party may appear and participate.

_____
UNITED STATES DISTRICT JUDGE