IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-358 KAJ |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATORIES FOURNIER S.A., | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Linda P. Nussbaum and Steig D. Olson, both of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., to represent plaintiffs Meijer, Inc. and Meijer Distribution, Inc. in this matter.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Movant (#630)
Jessica Zeldin (#3558)
Rosenthal, Monhait, Gross & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
jgoddess@rmgglaw.com
Attorneys for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Linda P. Nussbaum and Steig D. Olson is granted.

Date: _____

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES; FOURNIER INDUSTRIE ET SANTE; AND LABORATORIES FOURNIER S.A.,<br>　　　　　　　　　Defendants. | Civil Action No. 05-cv-358 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court upon filing of this motion.

Dated: July 19, 2005

　　　　　　　　　　　　　　　　　　/s/ Linda P. Nussbaum
　　　　　　　　　　　　　　　　　　Linda P. Nussbaum
　　　　　　　　　　　　　　　　　　Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
　　　　　　　　　　　　　　　　　　150 East 52nd Street, 30th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10022-6017
　　　　　　　　　　　　　　　　　　Telephone: 212-838-7797

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES; FOURNIER INDUSTRIE ET SANTE; AND LABORATORIES FOURNIER S.A.,<br>Defendants. | Civil Action No.: 1:05-cv-358 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court upon filing of this motion.

Dated: July __19__, 2005

                                  Steig D. Olson
                                  Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                  150 East 52nd Street, 30th Floor
                                  New York, New York 10022-6017
                                  Telephone: 212-838-7797

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I electronically filed a Motion And Order For Admission Pro Hac Vice using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused a copy of the aforementioned document to be delivered via e-mail to the following attorneys appearing for the defendants in the related action, D.Del. C.A. No. 02-1512 KAJ.

> Mary B. Graham, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801
> mgraham@mnat.com
>
> Frederick L. Cottrell, III, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 N. King Street
> Wilmington, DE 19801
> cottrell@rlf.com

> _____
> Jeffrey S. Goddess (Del. Bar No. 630)
> Rosenthal, Monhait, Gross
>  & Goddess, P.A.
> Suite 1401, 919 Market Street
> P. O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> jgoddess@rmgglaw.com