ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

July 28, 2005

BY ELECTRONIC FILING

The Hon. Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

RE:  **TriCor Direct Purchaser Antitrust Litigation;
C.A. Nos. 05-340, 351, 358 and 404–KAJ;
Pretrial Order No. 1 Regarding Consolidation, etc.**

Dear Judge Jordan:

Per Your Honor's direction at the close of the hearing yesterday afternoon, this transmits, for Your Honor's review and entry, a form for Pretrial Order No. 1 with respect to consolidation of the Direct Purchase Class Actions and other coordinating details. It has been revised to correct the listing of defendant Fournier's attorneys and to eliminate a provision from the earlier draft with respect to future *pro hac* admissions.

Respectfully yours,

Jeffrey S. Goddess
(DSBA No. 630)

JSG/jls
Enclosure
cc:  Frederick L. Cottrell, III, Esquire (Via email)
     Mary B. Graham, Esquire (Via email)
     Elizabeth M. McGeever, Esquire (Via email)
     Clerk, U.S. District Court (By Hand)