**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE TRICOR DIRECT PURCHASER :
ANTITRUST LITIGATION    : C.A. No. 05-340-KAJ
             : CONSOLIDATED
             :
THIS DOCUMENT RELATES TO: :
             :
C.A. Nos. 05-358 (KAJ)    :

**WALGREEN CO.'S OBJECTIONS TO DEFENDANTS'
AMENDED NOTICE OF VIDEOTAPE DEPOSITION OF
WALGREEN CO. PURSUANT TO FED. R. CIV. P. 30(b)(6)
<u>LIMITED TO CLASS CERTIFICATION ISSUES</u>**

Plaintiff Walgreen Co. hereby objects to Defendants' Amended Notice of Videotape

Deposition Pursuant to Rule 30(b)(6) dated July 6, 2006, and hereby incorporates by reference

the objections set forth in Walgreen Co.'s objection to Defendants' previous Notice of Videotape

Deposition which Walgreen filed on June 8, 2006.

        PRICKETT, JONES & ELLIOTT, P.A.

        _____
        Elizabeth M. McGeever (#2057)
        1310 King Street
        Wilmington, DE 19801
        (302) 888-6500
        Attorneys for Plaintiff Walgreen Co.

OF COUNSEL:
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131

Dated: July 10, 2006

19638.1\308474v1

# CERTIFICATE OF SERVICE

I, Elizabeth M. McGeever, hereby certify that on this 10th day of July, 2006, I caused a copy of the foregoing WALGREEN CO.'S OBJECTIONS TO DEFENDANTS' AMENDED NOTICE OF VIDEOTAPE DEPOSITION OF WALGREEN CO. PURSUANT TO FED. R. CIV. P. 30(B)(6) LIMITED TO CLASS CERTIFICATION ISSUES to be filed via CM/ECF and served on counsel for the parties as follows:

Steven C. Sunshine, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899

William F. Cavanaugh, Jr., Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Paula L. Blizzard, Esquire
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Mary B. Matterer, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt &Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Christopher T. Holding, Esquire
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109

Jeffrey S. Goddess, Esquire
Rosenthal Monhait Gross & Goddess
P.O. Box 1070
Wilmington, DE 19899

Bruce Gerstein, Esquire
Adam Steinfeld, Esquire
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

Bryan L. Clobes, Esquire
Miller Faucher & Cafferty, LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA 19103

Bernard Persky, Esquire
Goodkin Labaton Rudoff & Sucharow
100 Park Avenue
New York, NY 10017

19638.1\286256v1

2

Pamela S. Tikellis, Esquire
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Daniel Berger
Eric L. Cramer
Peter R. Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Joseph T. Lukens, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

_____
Elizabeth M. McGeever (#2057)